UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IVAN REA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1:11-cv-01193-JPH-TAB |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER DIRECTING TREATMENT OF MOTION FOR RECONSIDERATION**

Ivan Rea seeks reconsideration of his motion for relief under 28 U.S.C. § 2255. "Any motion filed in the district court that imposed the sentence, and substantively within the scope of § 2255 ¶ 1, *is* a motion under § 2255, no matter what title the prisoner plasters on the cover." *Melton v. United States*, 359 F.3d 855, 857 (7th Cir. 2004); *Hare v. United States*, 688 F.3d 878, 880 n.3 (7th Cir. 2012) (A court should "look at the substance of a motion rather than its title to determine whether it is a successive collateral attack" in order "to police attempted end-runs around the successive petition limitations of § 2255 by restyling motions in different ways").  This includes a motion for reconsideration under Rule 60(b) of the Federal Rules of Civil Procedure.  *See Gonzalez v. Crosby*, 545 U.S. 524, 531 (2005) (holding that a post-judgment motion that raises a new ground for relief from a conviction or attacks the Court's previous resolution of a ground for relief is a successive habeas petition).

1

The **clerk shall** therefore open a new civil action in the Indianapolis Division and re-docket the motion for reconsideration, dkt. [32], as the defendant's motion for relief pursuant to 28 U.S.C. § 2255.  The Nature of Suit of the new civil action will be 510 and the Cause of Action will be 28:2255.  A copy of this Order shall likewise be docketed in the newly opened action.

Insofar as filed in this case, the motion for reconsideration, dkt. [32], is **denied without prejudice** except to the extent that a new civil action will be opened.

**SO ORDERED.**

Date: 9/23/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Ivan Rea
08492-028
USP Hazelton
U.S. Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

All Electronically Registered Counsel