UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IVAN REA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:11-cv-01193-JPH-TAB |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Ivan Rea's motion for relief under 28 U.S.C. § 2255 was denied on September 11, 2013. Dkt. 13. Mr. Rea later sought reconsideration of that Order. Because any motion challenging a conviction or sentence substantively under § 2255 must be treated as a § 2255 motion, the Court opened a new § 2255 action. Dkt. 34. That case was then dismissed because it was an unauthorized successive § 2255 motion. *Rea v. United States*, 1:24-cv-1660-TWP-CSW. Mr. Rea has since filed additional motions in this case challenging his conviction and sentence, including a motion for clarification, dkt. 35, and a motion for nunc pro tunc application of new civil action, dkt. 36. He then filed a motion to withdraw those motions, dkt. 41, and a motion for the Court to process a new § 2255 motion, dkt. 43.

The motion to withdraw, dkt. [41], is **GRANTED** to the extent that the motions at dkt. [35], and dkt. [36], are **WITHDRAWN**. The motion for the Court to process a new § 2255 motion, dkt. [43], is **DENIED** because this Court does not have the authority to permit a successive § 2255 motion to proceed. *Nunez*

1

*v. United States*, 96 F.3d 990, 991 (7th Cir. 1996) ("No matter how powerful a petitioner's showing, only [the appellate] court may authorize the commencement of a second or successive petition. . . . From the district court's perspective, it is an allocation of subject-matter jurisdiction to the court of appeals.").

**SO ORDERED.**

Date: 2/4/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Ivan Rea
08492-028
USP Hazelton
P.O. Box 2000
Bruceton Mills, WV 26525